UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS EDWARD JACKSON, JR., | 1:04-cv-05967-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 8) |
| vs. | |
| SGT. GUTIERREZ, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| Defendants. | |

Plaintiff, Lucious Edward Jackson, Jr. ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 14, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

In accordance with the provisions of 28 U.S.C.

1

§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendation, filed April 14, 2005, are ADOPTED IN FULL;

2.  The Eighth Amendment conditions of confinement claim, and the claim against defendant Scribner under the theory of supervisory liability, are DISMISSED from this action; and,

3.  This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   June 14, 2005**                    /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE