# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS E. JACKSON,<br><br>            Plaintiff,<br><br>    v.<br><br>GUTIERREZ, et. al.,<br><br>            Defendant.<br>_____/ | CASE NO  04-5967-OWW SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN TWENTY DAYS |

    Lucious E. Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On October 17, 2006, Defendants filed a Motion for Summary Judgment. To date, Plaintiff has not filed an Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules.  Local Rule 78-230(m).

    Accordingly, within **TWENTY  (20) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss.  **Plaintiff is forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:**   December 5, 2006              /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE