UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS E. JACKSON, | 1:04-cv-05967-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 20) |
| vs. | **ORDER DISMISSING COMPLAINT/ ACTION** |
| GUTIERREZ, et al., | |
| Defendants. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT** (Doc. 18) |

Lucious E. Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 3, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  On January 25, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 3, 2007, are ADOPTED IN FULL;

2. The Complaint, and therefore this action, is DISMISSED pursuant to Local Rule 11-110, and for Plaintiff's failure to obey the Court's order of December 5, 2006; and,

3. Defendant's Motion for Summary Judgment, filed October 17, 2006, is DENIED as MOOT.

IT IS SO ORDERED.

**Dated:   February 23, 2007**         /s/ Lawrence J. O'Neill
b9ed48                           UNITED STATES DISTRICT JUDGE